UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| IN RE | + | |
|---|---|---|
| | + | Case No. 21-31485 |
| Sheqouia Denunta Lewis | + | |
| Debtor | + | |

## NOTICE OF APPEARANCE

    Comes now Larry Darby and gives notice to this Honorable Court that he represents Eastdale Apartments, the current landlord in this cause, and requests notice.

    Respectfully submitted,

    /s/   Larry Darby
    Larry E. Darby
    Attorney for Creditor

**Darby Law Firm, LLC**
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

    I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

| | |
|---|---|
| Michael Brock | Sabrina McKinney, Trustee |
| P.O. Box 311167 | P.O. Box 173 |
| Enterprise, AL 36331 | Montgomery, AL 36101 |

    /s/   Larry Darby
    Larry E. Darby